UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 24-1183-GW-BFMx | Date | January 13, 2025 |
|---|---|---|---|
| Title | *Theresa Brooke v. Sunstone Anaheim Owner LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On January 12, 2025, Plaintiff Theresa Brooke filed a Notice of Settlement [34]. The Court vacates all currently set dates. The Court sets an order to show re: settlement hearing for February 27, 2025 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on February 25, 2025.

|  | : |
|---|---|
| Initials of Preparer | JG |